UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

THE ISLAND OF STEWART'S
VILLE, et al.,

         Plaintiffs,

    vs.

CHELAN COUNTY, et al.,

         Defendants.

NO.  CV-08-0059-LRS

ORDER DENYING MOTION FOR EXTENSION
OF TIME, DISMISSING COMPLAINT, AND
DENYING LEAVE TO PROCEED *IN FORMA
PAUPERIS*

By Order filed March 28, 2008, Plaintiff was advised of the deficiencies of his civil rights complaint and given thirty (30) days to amend. (Ct. Rec. 12.)  Rather than amend, Plaintiff requested additional time to file an amended Complaint.  Plaintiff contends he has been unable to obtain desired records.

A plaintiff needs only to state sufficient **facts** in an Amended Complaint which invoke federal subject matter jurisdiction.  This does not require extensive research.  Having granted Plaintiff the opportunity to present an Amended Complaint with a short and plain statement of his claims demonstrating he is entitled to relief, the court finds additional time is unwarranted.  Accordingly, **IT IS ORDERED** Plaintiff's Motion for Extension of Time to file his Amended

ORDER DENYING MOTION FOR EXTENSION OF TIME, DISMISSING COMPLAINT, AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* -- 1

Complaint (Ct. Rec. 20) is **DENIED.**

        For the reasons set forth in the court's previous Order to Amend, **IT IS ORDERED** the Complaint (Ct. Rec. 1) is **DISMISSED without prejudice** for failure to comply with Rule 8, Federal Rules of Civil Procedure.   **IT IS FURTHER ORDERED** Plaintiff's Application to Proceed *in forma pauperis* (Ct. Rec. 4) is **DENIED.**

        **IT IS SO ORDERED.**   The District Court Executive is directed to enter this Order, enter judgment against Plaintiff, forward a copy to Plaintiff at his last known address and close the file.

        **DATED** this   13th   day of May, 2008.


                                        *s/Lonny R. Suko*
                        _____
                                LONNY R. SUKO
                        UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR EXTENSION OF TIME, DISMISSING COMPLAINT, AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* -- 2