AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Robert James Stewart

                                                  JUDGMENT IN A CIVIL CASE

v.

Harmon

                                                 CASE NUMBER: CV-08-059-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint (Ct. Rec. 1) is DISMISSED without prejudice for failure to comply with Rule 8, Federal Rules of Civil Procedure.

May 13, 2008                                                                JAMES R. LARSEN
*Date*                                                                       *Clerk*
                                                                                     s/ Vikki Johnson
                                                                                     *(By) Deputy Clerk*
                                                                                     Vikki Johnson